# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Leila Nasser Asr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00670-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Novant Health, Inc. | ) | |
| Peter M. Giftos | | |
| Novant Health Eastover Pediatrics, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2023 Order.

June 21, 2023

Katherine Hord Simon, Clerk
United States District Court